UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 22-09467 |
| Sean Cowles | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 22, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 30, 2023

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 22-09467-JPC |
| Sean Cowles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 31, 2023 | Form ID: pdf003 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Cowles, 7608 W Irving Park Rd. Unit B, Harwood Heights, IL 60706-2106 |
| 29886909 | | Buffalo Lending, 142 Red Horse Lodge Rd, Fort Thompson, SD 57339 |
| 29886917 | + | Helix Financial, 2310 W 75th St, Prairie Village, KS 66208-3507 |
| 29886921 | #+ | Kendall Bank, 4149 Pennsylvania Ave, Suite 102, Kansas City, MO 64111-3034 |
| 29886922 | + | T Moblie, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29886923 | + | Village of Norridge, Att: Bankruptcy, 4000 Olcott Avenue Norridge, Harwood Heights, IL 60706-1109 |
| 29886924 | + | Village of Rosemont, 9501 W. Devon Ave., Rosemont, IL 60018-4802 |
| 29886925 | + | Village of Schiller Park, 9526 West Irving Park Road, Schiller Park, IL 60176-1984 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29886908 | + | Email/Text: g17768@att.com | Jan 31 2023 22:52:00 | AT&T, c/o Bankruptcy, 4331 Communications Dr, Dallas, TX 75211-1300 |
| 29958169 | + | Email/Text: g17768@att.com | Jan 31 2023 22:52:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 29886906 | + | Email/Text: bankruptcy@rentacenter.com | Jan 31 2023 22:54:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 29886907 | + | Email/Text: banko@acsnv.com | Jan 31 2023 22:53:00 | Allied Collection Serv, 3090 S Durango Dr, Las Vegas, NV 89117-9192 |
| 29955964 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 22:57:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29886911 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jan 31 2023 22:52:00 | City of Chicago, Department of Finance, PO Box 88292, Chicago, IL 60694-1429 |
| 29886912 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jan 31 2023 22:52:00 | City of Chicago, c/o Arnold Scott Harris PC, 111 W. Jackson, Suite 600, Chicago, IL 60604 |
| 29906632 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jan 31 2023 22:52:00 | City of Chicago Department of Finance, Chicago Dept. of Law Bankruptcy, 121 N. LaSalle St., Suite 400, Chicago, IL 60602 |
| 29886913 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jan 31 2023 22:52:00 | City of Chicago, Att: Bankrupcy Dept, 121 N. LaSalle Street 4th Fl, Chicago, IL 60602 |
| 29886914 | | Email/Text: cfcbackoffice@contfinco.com | Jan 31 2023 22:53:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 29886915 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2023 22:57:20 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: pdf003 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 29886916 | | Email/Text: BNSFN@capitalsvcs.com | Jan 31 2023 22:52:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 29886918 | ^ | MEBN | Jan 31 2023 22:53:40 | Household Finance Co, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 29886920 | + | Email/Text: bankruptcy@getipass.com | Jan 31 2023 22:52:00 | Illinois Toll Way Authority, Att: Bankruptcy Dept., PO Box 5544, Chicago, IL 60680-5491 |
| 29886919 | + | Email/Text: bankruptcy@getipass.com | Jan 31 2023 22:52:00 | Illinois Toll Way Authority, P O Box 5544, Chicago, IL 60680-5491 |
| 29977408 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2023 22:53:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 29914627 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2023 22:57:56 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 29886910 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2023 22:57:56 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 29909227 | | Email/Text: amps@manleydeas.com | Jan 31 2023 22:52:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas & Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 29952368 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2023 22:58:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29972074 | + | Email/Text: ecfbankruptcy@progleasing.com | Jan 31 2023 22:53:00 | NPRTO Illinois, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 29911370 | + | Email/PDF: cbp@onemainfinancial.com | Jan 31 2023 22:57:56 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 29942365 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2023 22:53:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 29886926 | | Email/Text: Lcassidy@vosp.us | Jan 31 2023 22:52:00 | Village of Stone Park, 1825 32nd Avenue, Stone Park, IL 60165 |
| 29955883 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2023 22:57:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David H Cutler | on behalf of Debtor 1 Sean Cowles cutlerfilings@gmail.com r48280@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |
| Todd J Ruchman | on behalf of Creditor JPMorgan Chase Bank N.A. amps@manleydeas.com |

TOTAL: 4